Nicholas A. Brown (SBN 198210)
brownn@gtlaw.com
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
T: 415.655.1271
F: 415.520.5609

Scott J. Bornstein (*pro hac vice*)
bonsteins@gtlaw.com
Jonathan D. Ball (*pro hac vice*)
ballj@gtlaw.com
Elana B. Araj (*pro hac vice*)
Elana.araj@gtlaw.com
GREENBERG TRAURIG, LLP
One Vanderbilt Ave
New York, NY 10017
T: 212.801.9200
F: 212.801.6400

Benjamin D. Witte (*pro hac vice*)
Ben.Witte@gtlaw.com
GREENBERG TRAURIG, LLP
3333 Piedmont Rd NE #2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2212

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOLLEGRAAF PATENTS AND BRANDS B.V., BOLLEGRAAF RECYCLING MACHINERY B.V., LUBO SYSTEMS B.V., LUBO USA, LLC, and VAN DYK BALER CORP., <br><br> Plaintiffs, <br> v. <br><br> POLYMERIC TECHNOLOGY, INC., <br><br> Defendant. | CASE NO.  4:22-CV-01687-HSG <br><br> **STIPULATION TO FORGO TECHNOLOGY TUTORIAL AND ORDER**  (as modified) <br><br> JUDGE:   Hon. Haywood S. Gilliam, Jr. |

Pursuant to the Court's Order dated January 4, 2023 (Dkt. 43), Plaintiffs Bollegraaf Patents and Brands B.V., Bollegraaf Recycling Machinery B.V., Lubo Systems B.V., Lubo USA, LLC, and Van Dyk Baler Corp. (collectively, "Bollegraaf" or "Plaintiffs") and Defendant Polymeric Technology, Inc.'s ("Poly-Tek" or "Defendant") (collectively, "Parties") by and through their respective counsel stipulate as follows:

**WHEREAS**, on January 3, 2023, the Parties filed a Stipulation requesting that the Court modify the Scheduling Order (Dkt. 23) to hold the Technology Tutorial and Claim Construction Hearing together on January 13, 2023. (Dkt. 42.)

**WHEREAS**, on January 4, 2023, the Court issued an Order denying the Parties' request to advance the Claim Construction hearing to January 13, 2023. (Dkt. 43.)

**WHEREAS**, in the January 4, 2023 Order, the Court directed the Parties "to re-file, by January 6, 2023, a stipulation indicating whether they prefer to hold a tutorial of no more than 30 minutes total on January 20, 2023, or to simply forgo the tutorial." (*Id.*)

**WHEREAS**, the Parties met and conferred via e-mail and telephone on January 4, 2023, and agree to forgo the Technology Tutorial.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL THAT**, the Parties will forgo the Technology Tutorial scheduled for January 13, 2023. (Dkt. 23.)

Dated this 6th day of January, 2023.

| | |
|---|---|
| GREENBERG TRAURIG, LLP | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| By: */s/ Jonathan D. Ball* <br> Nicholas A. Brown (SBN 198210) <br> brownn@gtlaw.com <br> GREENBERG TRAURIG, LLP <br> 4 Embarcadero Center, Suite 3000 <br> San Francisco, CA 94111-5983 <br> Telephone: 415-655-1271 <br> Facsimile: 415-520-5609 | By: */s/ Doug Muehlhauser* <br> Douglas G. Muehlhauser (SBN 179495) <br> doug.muehlhauser@knobbe.com <br> Payson LeMeilleur (SBN 205690) <br> Payson.lemeilleur@knobbe.com <br> KNOBBE, MARTENS, OLSON & BEAR LLP <br> 2040 Main St. <br> Irvine, CA 92614 |


Scott Bornstein (*pro hac vice*)
bornsteins@gtlaw.com
Jonathan D. Ball (*pro hac vice*)
ballj@gtlaw.com
Elana B. Araj (*pro hac vice*)
araje@gtlaw.com
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: 212-801-9200
Facsimile: 212-801-6400

Benjamin D. Witte (*pro hac vice*)
ben.witte@gtlaw.com
GREENBERG TRAURIG, LLP
3333 Piedmont Rd NE #2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2212

*Attorneys for Plaintiffs*

Telephone: 949-760-0404
Facsimile: 949-760-9502

*Attorneys for Defendant*

**FILER'S ATTESTATION**

I, Jonathan D. Ball, am the ECF user whose ID and password are being used to file the above STIPULATION TO FORGO TECHNOLOGY TUTORIAL AND [PROPOSED] ORDER. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

Dated: January 6, 2023                               By: /s/ Jonathan D. Ball
                                                                                                  JONATHAN D. BALL

## ORDER

**THIS MATTER**, came before the Court on a Stipulated Request to Forgo the Technology Tutorial by Plaintiffs Bollegraaf Patents and Brands B.V., Bollegraaf Recycling Machinery B.V., Lubo Systems B.V., Lubo USA, LLC, and Van Dyk Baler Corp. (collectively, "Bollegraaf" or "Plaintiffs") and Defendant Polymeric Technology, Inc.'s ("Poly-Tek" or "Defendant") (collectively, "Parties"). The Court, having reviewed and considered the submitted papers in this matter and relevant factual statements, therein, hereby **GRANTS** the Parties' Stipulated Request to Forgo the Technology Tutorial. The tutorial previously set for January 13, 2023 is vacated.

**IT IS SO ORDERED.**
DATED   1/6/2023

HONORABLE HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE