UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bollegraaf Patents and Brands B.V., et al.<br><br>　　　　　　　　　　　Plaintiff(s)<br>v.<br>Polymeric Technology, Inc.<br>　　　　　　　　　　　Defendant(s) | CASE No C  4:22-cv-1687-HSG<br><br>STIPULATION AND ORDER<br>SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

　　☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

　　☒ **Mediation** (ADR L.R. 6)

　　☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

　　☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

　　☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

　　☒ other requested deadline: 120 days from the date the Court enters this stipulation.

Date: July 11, 2023            /s/Elana B. Araj
　　　　　　　　　　　　　　 Attorney for Plaintiff
Date: July 11, 2023            /s/Doug Muehlhauser
　　　　　　　　　　　　　　 Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:  7/11/2023

　　　　　　　　　　　　　　Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019