UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOLLEGRAAF PATENTS AND BRANDS B.V., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>POLYMERIC TECHNOLOGY, INC., A CALIFORNIA CORPORATION.,<br><br>Defendant. | Case No. 22-cv-01687-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on May 9, 2023. Having considered the parties' proposals, *see* Dkt. No. 57, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | January 11, 2024 |
| Opening Expert Reports by the parties on issues where they bear the burden of proof | March 1, 2024 |
| Rebuttal Expert Reports | April 12, 2024 |
| Close of Expert Discovery | May 2, 2024 |
| Filing of Dispositive Motions, Motions to Strike and *Daubert* Motions | May 24, 2024 |
| Opposition to Dispositive Motions, Motions to Strike and *Daubert* Motions | June 14, 2024 |
| Replies to Dispositive Motions, Motions to Strike and *Daubert* Motions | June 28, 2024 |
| Hearing Dispositive Motions, Motions to Strike and *Daubert* Motions | July 25, 2024 at 2:00 p.m. |
| Pretrial Conference | October 17, 2024 at 3:00 p.m. |

| Jury Trial (4 days) | December 2, 2024 at 8:30 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

This order terminates docket no. 57.

**IT IS SO ORDERED.**

Dated:   10/2/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge