Nicholas A. Brown (SBN 198210)
brownn@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Telephone: 415-655-1271
Facsimile: 415-520-5609

Scott Bornstein (admitted *pro hac vice*)
bornsteins@gtlaw.com
Jonathan D. Ball (admitted *pro hac vice*)
ballj@gtlaw.com
Elana B. Araj (admitted *pro hac vice*)
araje@gtlaw.com
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: 212-801-9200
Facsimile: 212-801-6400

Benjamin D. Witte (admitted *pro hac vice*)
ben.witte@gtlaw.com
GREENBERG TRAURIG, LLP
333 SE 2nd Avenue, Suite 4400
Miami, FL 33131
Telephone: 305-579-050
Facsimile: 305-579-0717

*Attorneys for Plaintiffs*

Douglas G. Muehlhauser (SBN 179495)
doug.muehlhauser@knobbe.com
Payson LeMeilleur (SBN 205690)
payson.lemeilleur@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| BOLLEGRAAF PATENTS AND BRANDS B.V., BOLLEGRAAF RECYCLING MACHINERY B.V., LUBO SYSTEMS B.V., LUBO USA, LLC, and VAN DYK BALER CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>POLYMERIC TECHNOLOGY, INC.,<br>Defendant. | Case No. 4:22-cv-01687-HSG<br><br>**ORDER MODIFYING THE SCHEDULING ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

The Court, having read and considered the Parties' Joint Stipulation and Statement to Modify the Scheduling Order, and good cause appearing, modifies the case deadlines as follows:

| Event | Current Deadline (Dkt. 59) | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery | January 11, 2024 | February 12, 2024 |
| Opening Expert Reports by the parties on issues where they bear the burden of proof | March 1, 2024 | March 11, 2024 |
| Rebuttal Expert Reports | April 12, 2024 | April 15, 2024 |
| Close of Expert Discovery | May 2, 2024 | May 6, 2024 |
| Filing of Dispositive Motions, Motions to Strike and *Daubert* Motions | May 24, 2024 | No change |
| Oppositions to Dispositive Motions, Motions to Strike and *Daubert* Motions | June 14, 2024 | No change |
| Replies to Dispositive Motions, Motions to Strike and *Daubert* Motions | June 28, 2024 | No change |
| Hearing on Dispositive Motions, Motions to Strike and Daubert Motions | July 25, 2024 at 2:00 pm | No change |
| Pretrial Conference | October 17, 2024 at 3:00 pm | No change |
| Trial | December 2, 2024 at 8:30 am | No change |

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: 12/6/2023

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE