IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOLLEGRAAF PATENTS AND BRANDS B.V., BOLLEGRAAF RECYCLING MACHINERY B.V., LUBO SYSTEMS B.V., LUBO USA, LLC, and VAN DYK BALER CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>POLYMERIC TECHNOLOGY, INC.,<br><br>Defendant. | Case No. 4:22-cv-01687-HSG<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Hon. Haywood S. Gilliam, Jr. |

Plaintiffs Bollegraaf Patents and Brands B.V.; Bollegraaf Recycling Machinery B.V.; Lubo Systems B.V.; Lubo USA, LLC; and Van Dyk Baler Corp.; and Defendant Polymeric Technology, Inc., have stipulated the Court to Dismiss the matter with prejudice.

Good cause being found, all claims and defenses currently pending in the above-captioned action are hereby dismissed with prejudice.

The parties shall bear their own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Dated:   3/11/2024

_____
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge